FILED

AUG 2 7 2013

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. |
| vs. | ) | |
| | ) | **4:13CR344 TIA** |
| STANLEY ENGRAM, | ) | |
| | ) | |
| Defendant. | ) | |

### INFORMATION

The United States Attorney charges that:

On or about June 23, 2012, in Saint Louis, in the Eastern District of Missouri,

**STANLEY ENGRAM,**

the defendant herein, did knowingly dispose of a record and thing of value of the United States pursuant to Title 18, United States Code, Section 641, to wit: United States veteran records stored at the National Personnel Record Center in Saint Louis, Missouri, a unit of the National Archives and Records Administration.

In violation of Title 18, United States Code, Section 641.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

Dianna R. Collins, #59641
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| EASTERN DIVISION | ) |
| EASTERN DISTRICT OF MISSOURI | ) |

I, Dianna R. Collins, an Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
DIANNA R. COLLINS, 59641

Subscribed and sworn to before me this 27 day of August 2013.

_____
James Woodward
CLERK, U.S. DISTRICT COURT

By: Deborah O'Leary
DEPUTY CLERK